# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| SHERRY BUCHHOLZ, AN INDIVIDUAL,<br><br>               Appellant,<br>vs.<br>JOSEPH JONOVIC; AND HEIDI JONOVIC, HUSBAND AND WIFE,<br>               Respondents. | No. 77772 |

FILED

MAR 1 6 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting summary judgment. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

On October 14, 2019, this court entered an order dismissing this appeal in part, reinstating briefing, and directing transmission of the record. Pursuant to that order the opening brief was due to be filed by January 13, 2020. When appellant failed to file a brief, this court entered an order on February 10, 2020, directing appellant to file the opening brief within 14 days.[1] The order cautioned appellant that failure to file the opening brief could result in the dismissal of this appeal. To date, appellant

---

[1]The order was mailed to both the address for Primestar, Inc., at Piney Creek Road, and to the address this court has on file for Sherry Buchholz at 3104 Camelback Rd., Phoenix, AZ.

20-10113

has failed to file the brief or to otherwise communicate with this court; accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:   Hon. Connie J. Steinheimer, District Judge
      Debbie Leonard, Settlement Judge
      Sherry Buchholz
      Gunderson Law Firm
      Washoe District Court Clerk